AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| United States Department of Agriculture | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-cv-00208-JAW |
| JULIE WARBLE | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**ORIGINAL**

**ORIGINAL SERVED**
A TRUE COPY
5.9.25 / 0910
DATE & TIME
WILLIAM WOODS, SHERIFF
MARION COUNTY, FL
BY: KB6115 D.S.

REC'D '25 MAY 9 ...
SHERIFF-MARION CO, FL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JULIE WARBLE
3870 NE 47TH STREET
OCALA FL 34479

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin J Crosman, Esq.
Jensen Baird Gardner & Henry,
Ten Free Street,
P.O. Box 4510,
Portland, ME 04112-4510

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/29/2025

Christa K. Berry
Clerk, U.S. District Court

**MARION COUNTY SHERIFF'S OFFICE**
**MARION, FLORIDA**

## SUMMONS
## RETURN OF SERVICE



**Document Number:** MCSO25CIV004914SUM

**County:** OUT OF STATE
**Court:** STATE
**Court Date:**
**Case Number:** 25-CV-00208-JAW

**Attorney/Agent:**
BRAUCHER & ASSOCIATES PLLC
764 CHESTNUT ST
MANCHESTER NH 03104

**Plaintiff:** UNITED STATES DEPARTMENT OF AGRICULTURE
**Defendant:** JULIE WARBLE

**SUBJECT TO BE SERVED:**
WARBLE, JULIE
3870 NE 47TH ST OCALA, FL 34474

**DOCUMENT COMMENTS:** COMPLAINT FOR FORECLOSURE AND SALE/ CIVIL CVR SHEET/ EXHIBITS

**SERVICE TYPE:** INDIVIDUAL

Received the above named Writ on 5/6/2025 at 1:18 PM and served the same on 5/9/2025 at 8:10 AM in Marion County, Florida, by delivering a true copy of this writ together with a copy of the initial pleading, if any with the date and hour of service endorsed thereon by me to, JULIE WARBLE, after the provisions as set forth in Section 48.031 (1) (a), Florida Statutes have been met.

**SERVICE LOCATION:** 49 PECAN COURSE CIR OCALA FL

**SERVICE COMMENTS:**

WILLIAM "BILLY" WOODS, SHERIFF

BY: DEPUTY SHERIFF KYLE W BROWN, CORPORAL
This electronic signature is compliant with F.S.S. 48.21(1)